UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
CLARENCE EZEKAL WOODS                        CASE NO. 17-10435-AJC
                                             CHAPTER 13
        Debtor(s)
_____/

### RESPONSE TO MOTION FOR ORDER TO SHOW CAUSE

Attorney, Michael Borell, hereby files this response to the Trustee's Motion for Order to Show Cause for failure to appear at the Meeting of Creditors and in support thereof states as follows:

1. On May 19, 2017, Attorney Michael Borell failed to appear at two 341 meeting of creditors.

2. On the day in question there was a calendaring issue/error which left the day blank on Mr. Borell's calendar, thus Mr. Borell assumed there was nothing on for that day.

3. The calendaring clerk also indicated that there was nothing on the calendar for that day and informed Mr. Borell of the same.

4. Mr. Borell's absence was an inadvertent mistake.

5. Mr. Borell has not missed any prior bankruptcy hearings.

6. Nevertheless, the Mr. Borell has counseled his calendaring clerk to check the Court's Calendar and compare it with the office calendar on a daily basis to avoid such mistakes in the future.

7. Additionally, Mr. Borell has not charged the Debtor any additional fees for the continuances of the two prior 341 meetings which were not caused by the undersigned.

8. Mr. Borell takes full responsibility for the error and offers to take a pro bono Chapter 7 case as a consequence thereof.

WHEREFORE the undersigned attorney respectfully requests that this Honorable Court accept his explanation, assign him a pro bono case, and deny the Motion for Order to Show Cause.

             Respectfully submitted,

             /s/ Michael Borell
             Michael Borell, Esq.
             7200 Corporate Center Dr., #312
             Miami, Florida 33126
             Telephone: 786-360-6733
             alex@michaelborellpa.com