**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ ____2nd____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:   Clarence Ezekal Woods      JOINT DEBTOR: _____   CASE NO.: 17-10435
Last Four Digits of SS# 2674      Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ____60____ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
    A.    $ 381.20 for months 1 to 7 ;
    B.    $ 1,059.87 for months 8 to 60 ;
    C.    $ _____ for months ____ to ____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00   TOTAL PAID $ 1,750.00
        Balance Due $ 1,750.00   payable $ 97.22 /month (Months 1-18 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. James B Nutter & Company    Arrearages on petition date: $44,181.90
   4153 Broadway    Payable: $196.83/month (Months 1-7)
   Kansas City, MO 64111    Payable: $807.63/month (Months 8-60)
   Acc#xxxx5556    **Reverse mortgage – No regular payment**

2. Miami Dade County Tax Collector    Payoff: $2,941.80
   200 NW 2nd Ave., #430    Payable: $49.03/month (Months 1-60)
   Miami, FL 33128
   Acc#xxxx0520

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description and Value of Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| NONE | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]
NONE

Unsecured Creditors: Pay $ 97.22 /month (Months 19-60 )
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

1. The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

   /s/ Clarence Woods                             /s/
Debtor                                                  Joint Debtor
Date: 08/21/2017                         Date: _____

LF-31 (rev. 01/08/10)