UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:
CLARENCE EZEKAL WOODS     CASE NO. 17-10435-AJC
   Debtor     CHAPTER 13
_____/

**DEBTOR'S EXPEDITED MOTION TO REINSTATE CHAPTER 13 CASE**

COMES NOW the Debtor, CLARENCE EZEKAL WOODS, by and through his undersigned counsel hereby files Debtor's Motion to Reinstate Chapter 13 case and as grounds state as follows:

1. The instant case was filed on January 13, 2017.

2. The case was dismissed on August 3, 2017, on trustee's request to dismiss case upon denial of confirmation of plan.

3. The confirmation of the plan was denied based on the Debtor's failure to file a certificate of service for the First Amended Chapter 13 Plan, explain check #1670 and #1681, amend plan to provide regular payments to James B Nutter & Company (1st mortgage)

4. As of the date of the filing of this Motion a Second Amended Chapter 13 Plan was filed [DE#51] with a certificate of service [DE#52], this plan also includes 100% language which should resolve all other issues. Additionally, there are no regular payments due to James B. Nutter & Company, as this is a reverse mortgage.

5. Based on all items filed and or explained in paragraph 4 there should be no reason why this case should not be reinstated.

6. Time is of the essence as the First Mortgage Holder (James B Nutter & Company) may be in the process of resetting a foreclosure sale on the Debtor's Homestead Property.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an Order Reinstating the instant case and allowing it to proceed in its normal course.

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 9013-1(E) (1)

I HEREBY CERTIFY that the Debtor has tendered to the undersigned $381.20 to be paid under the Debtors Second Amended Chapter 13 Plan.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rule 2090-1 (A) and that a true and correct copy of the foregoing Motion was served this 21st day of August 2017 via ECF to Nancy Neidich, Trustee, all others set forth on the NEF and by electronic or regular U.S. Mail to all creditors.

/s/Alberto Carrero, Esq  
Alberto Carrero, Esq.  
169 E Flagler Street, #1530  
Miami, Florida 33131  
Telephone: 786-406-1764  
albertocarrero@gmail.com