**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:
CLARENCE EZEKAL WOODS                    CASE NO. 17-10435-AJC
                                         CHAPTER 13

    Debtor.
_____/

**MOTION TO MODIFY CHAPTER 13 PLAN**

COMES NOW the Debtor, CLARENCE EZEKAL WOODS by and through his undersigned counsel hereby moves this Honorable Court for an Order Modifying the Second Amended Chapter 13 Plan and in support thereof states as follows:

1. The instant case was filed on January 13, 2017.

2. On November 1, 2017, the Debtor's Second Amended Chapter 13 Plan was confirmed [DE#39].

3. On or about February 5, 2018 the Debtor fell behind on his payments as evidenced by the Trustee's Notice of Delinquency [DE#65]

4. The Debtor was inadvertently sending the wrong payment amount to the trustee and now wants the opportunity to catch up through a modification of the plan.

5. The Debtor now wishes to modify his Second Amended Chapter 13 Plan to bring him current as of the date of the filing of this motion.

6. **The Debtor will be paying 100% to all allowed unsecured claims.**

7. A First Modified Chapter 13 Plan is being filed simultaneously with this motion.

WHEREFORE the Debtor requests this Honorable Court enter an Order Granting the Debtors' Motion to Modify the Second Amended Chapter 13 Plan and approving the First Modified Chapter 13 Plan.

**CERTIFICATE OF SERVICE**

    I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing Motion was served this 22nd day of March 2018 via ECF to Nancy K. Neidich, Trustee and all others set forth in the NEF and to all creditors via electronic or regular U.S. Mail.

    /s/Humberto Rivera,
Humberto Rivera, Esq.
169 E Flagler Street, #1530
Miami, Florida 33131
Telephone: 786-406-1764
Email: humberto@hriveralaw.com